UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY LEAGUE,

                Petitioner,            Case Number: 05-74926

v.                                      HONORABLE AVERN COHN

BLAINE C. LAFLER,

                Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND
## DENYING PETITION FOR WRIT OF HABEAS CORPUS
## AND
## AND DISMISSING CASE

This is a habeas case under 28 U.S.C. § 2254. Petitioner Gregory League
(Petitioner) is a state prisoner convicted first degree felony murder and first degree child
abuse for which he is serving a mandatory sentence of life without the possibility of
parole. Petitioner claims that he is incarcerated in violation of his constitutional rights.
The matter was referred to a magistrate judge for a report and recommendation
(MJRR). The magistrate judge, in a thorough going analysis of Petitioner's claims,
carefully considered all of them on the merits and recommends that the petition be
denied. Petitioner has not objected to the MJRR.

Having reviewed the MJRR, the Court agrees with the magistrate judge that Petitioner is not entitled to habeas relief on any of his claims. Accordingly, the findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court. Petitioner's application for writ of habeas corpus is DENIED. This case is DISMISSED.

SO ORDERED.


 s/Avern Cohn_____
AVERN COHN
UNITED STATES DISTRICT JUDGE


Dated: July 10, 2008


I hereby certify that a copy of the foregoing document was mailed to Gregory D. League, 370891, Carson City Correctional Facility, 10522 Boyer Rd, Carson City, MI 48811 and the attorneys of record on this date, July 10, 2008, by electronic and/or ordinary mail.


 s/Julie Owens_____
Case Manager, (313) 234-5160